UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
DANIEL FINOCCHIARO, ERIC MITCHELL,    :    15 Civ. 06385 (NRB)
RICHARD SELBY, YONG HOE TAN,          :
DAVID COPELAND, DEAN BERGER,          :    **ECF Case**
JULIEN BOURDAILLET, CAMILLA           :    **Electronically Filed**
HEMPLEMAN, TERRY HEMPLEMAN,           :
EVAN LITTLE, HAKIM KABIR, MICHAEL     :
BRYAN,                                :
                                      :
                 Plaintiffs,          :
                                      :
         vs.                          :
                                      :
NQ MOBILE, INC., OMAR SHARIF KHAN,    :
MATTHEW MATHISON,                     :
                                      :
                 Defendants.          :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF DEFENDANTS' JOINT MOTION
## TO DISMISS THE FOURTH AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the Fourth Amended Complaint, dated May

10, 2017; the accompanying Memorandum of Law; the accompanying Declaration of Scott D.

Musoff, dated May 24, 2017, and exhibits thereto; and upon all prior papers and proceedings

herein, Defendants NQ Mobile, Inc., Omar Sharif Khan and Matthew Mathison will move this

Court, before the Honorable Naomi Reice Buchwald, United States District Judge, at the Daniel

Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a

date and time designated by the Court, pursuant to Federal Rules of Civil Procedure 8(a), 9(b)

and 12(b)(6) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, for an Order

(i) dismissing the Fourth Amended Complaint with prejudice; and (ii) granting such other and

further relief as this Court may deem just and proper.

Dated:  New York, New York
        May 24, 2017

                                        Respectfully submitted,


/s/ Caryn G. Schechtman (with consent)   /s/ Scott D. Musoff
Caryn G. Schechtman                      Scott D. Musoff
(caryn.schechtman@dlapiper.com)          (scott.musoff@skadden.com)
John Vukelj                              Robert A. Fumerton
(john.vukelj@dlapiper.com)               (robert.fumerton@skadden.com)
DLA PIPER LLP                            SKADDEN, ARPS, SLATE,
1251 Avenue of the Americas                MEAGHER & FLOM LLP
New York, New York 10020                 Four Times Square
Phone: 212-335-4500                      New York, New York 10036
Fax: 212-335-4501                        Phone:  (212) 735-3000
                                         Fax:  (212) 735-2000


*Attorneys for Defendant Omar Sharif Khan*   *Attorneys for Defendants NQ Mobile, Inc.*
                                             *and Matthew Mathison*

2