**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/18

----------------------------------------------------------X

DANIEL FINOCCHIARO, ERIC MITCHELL, RICHARD SELBY, YONG HOE TAN, DAVID COPELAND, DEAN BERGER, JULIEN BOURDAILLET, CAMILLA HEMPLEMAN, TERRY HEMPLEMAN, EVAN LITTLE, HAKIM KABIR, and MICHAEL BRYAN,

Plaintiffs,

-against-

NQ MOBILE, INC., OMAR SHARIF KHAN, MATTHEW MATHISON,

Defendants.

----------------------------------------------------------X

15 **CIVIL** 6385 (NRB)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 27, 2018, defendants' motion to dismiss plaintiffs' fourth amended complaint with prejudice is granted and judgment is entered for defendants; accordingly, the case is closed.

**Dated:** New York, New York
February 28, 2018

**RUBY J. KRAJICK**

**Clerk of Court**

BY: K Mango

**Deputy Clerk**